

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-20-00091-CV

_____

IN THE MATTER OF THE MARRIAGE OF BONNIE ALLEN THOMAS
AND LLOYD GRIFFITH THOMAS

On Appeal from the 18th District Court
Johnson County, Texas
Trial Court No. DC-D202000937

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Bonnie Allen Thomas, appellant, filed a notice of appeal in this matter on November 11, 2020.[1]  The clerk's record was due to be filed with this Court on or before January 27, 2021. The reporter's record was due to be filed with this Court on or before December 28, 2020. Thomas is not indigent and is thus responsible for paying or making adequate arrangements to pay the clerk's and reporter's fees for preparing the respective records.  *See* TEX. R. APP. P. 37.3(b), (c).  The district clerk has informed this Court that a designation has not been received and that the fee has not been paid for the preparation of the clerk's record.  The court reporter has likewise informed this Court that she has not received a designation or payment for the reporter's record.

By letter dated January 28, 2021, Thomas was provided with notice of and an opportunity to cure this defect.  *See* TEX. R. APP. P. 42.3(b), (c).  The clerk's letter further warned Thomas that, if she did not submit an adequate response to the notice by February 8, 2021, this appeal would be subject to dismissal for want of prosecution and for failure to comply with the above-cited rules.  Thomas did not pay for the preparation of the clerk's record or the reporter's record and did not file proof of indigency.  *See* TEX. R. APP. P. 20.1.  Further, we received no

---

[1]Originally appealed to the Tenth Court of Appeals in Waco, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.  We are unaware of any conflict between precedent of the Tenth Court of Appeals and that of this Court on any relevant issue.  *See* TEX. R. APP. P. 41.3.

communication from Thomas responsive to the January 28 correspondence. Accordingly, this appeal is ripe for dismissal.[2]

Pursuant to Rule 42.3, subsections (b) and (c), of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.

Josh R. Morriss, III
Chief Justice

Date Submitted:     March 8, 2021
Date Decided:       March 9, 2021

---

[2]Thomas likewise did not file a docketing statement in accordance with Rule 32.1 of the Texas Rules of Appellate Procedure, *see* TEX. R. APP. P. 32.1, and did not tender the mandatory $205.00 filing fee associated with the appeal, *see* TEX. R. APP. P. 5.